**No. 10-6163. Arthur Anthony Gonzales, Petitioner v. Lowell Clark, Warden.**

562 U.S. 1011, 131 S. Ct. 524, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8582.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 371 Fed. Appx. 942.